UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO JUAREZ,<br><br>              Petitioner,<br>    v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>              Respondent. | Case No. CV 09-5574-JSL (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3)
3  directing that Judgment be entered dismissing this action with prejudice as untimely.

DATED: May 18, 2010

/s/ Spencer Letts
HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

/s/ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge