JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO JUAREZ,  | Case No. CV 09-5574-JSL (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| DIRECTOR OF CALIFORNIA DEPEARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 18, 2010

_____
HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge